UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )    BK No.:  19-02807
Alex Phillips )
 )    Chapter: 13
 )    Honorable A. Benjamin Goldgar
 )
 )
Debtor(s) )

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On August 8, 2022, an application was filed for the Claimant(s), Dilks & Knopik, assignee to William James Phillips for the intestate estate of Alex Phillips, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. Section 2042, the sum of $5,802.57 held in unclaimed funds be made payable to Dilks & Knopik, LLC as assignee to William Phillips for the intestate estate of Alex Phillips and be disbursed to the payee at the following address:

35308 SE Center Street, Snoqualmie, WA 98065

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  August 22, 2022

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 19-02807-CAD |
| Alex Phillips | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 24, 2022 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alex Phillips, 4136 W 70th St, Chicago, IL 60629-5723 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad M. Hayward | on behalf of Debtor 1 Alex Phillips clay@haywardlawoffices.com courtnotices968@gmail.com;courtnotice@haywardlawoffices.com;r56325@notify.bestcase.com |
| David R Herzog | on behalf of Creditor Dilks & Knopik LLC drh@dherzoglaw.com, dherzoglaw@gmail.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Thomas H. Hooper | thomas.h.hooper@chicagoch13.com |

TOTAL: 4